UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA KOOSER, ET AL.,**<br><br>      Plaintiffs**,**<br><br>      vs.<br><br>**FACEBOOK, INC., ET AL.,**<br><br>      Defendants**.** | CASE NO. 18-cv-02009-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Vince Chhabria to consider whether it is related to *Beiner et al. v. Facebook, Inc., et al.*, No. 18-CV-01953-VC; *Price v. Facebook, Inc. et al.*, No. 18-CV-01732-VC; *Rubin v. Facebook, Inc., et al.*, No. 18-CV-01852-VC; *Gennock et al. v. Facebook, Inc,. et al.*, No. 18-CV-01891; *O'Kelly v. Facebook, Inc., et al.*, No. 18-CV-01915-VC; and *Haslinger v. Facebook, Inc., et al.*, No. 18-CV-01984.

**IT IS SO ORDERED.**

Dated: April 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**