

# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__KEVIN SCOTT HANNON__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __14th__ day of __November__ A. D. __1986__ and that at the date hereof the said __KEVIN SCOTT HANNON__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __5th__ day of __April__ A. D. __2018__

*Cheryl Stevens*
_____
Clerk

By _____
Deputy Clerk