Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra Kooser & Margaret Frankiewicz et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Facebook, Inc., Cambridge Analytica et al.<br><br>Defendant(s). | Case No: 4:18-CV-02009-YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kevin Hannon, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Debra Kooser & Margaret Frankiewicz et al in the above-entitled action. My local co-counsel in this case is Joshua H. Watson, #238058, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1641 Downing St<br>Denver, CO 80218 | 865 Howe Ave<br>Sacramento, CA 95825 |
| MY TELEPHONE # OF RECORD:<br>(303) 861-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 777-7777 |
| MY EMAIL ADDRESS OF RECORD:<br>khannon@hannonlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jwatson@justice4you.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 16015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  04/11/18

Kevin Hannon
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kevin Hannon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 16, 2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**KEVIN SCOTT HANNON**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **14th** day of **November** A. D. **1986** and that at the date hereof the said **KEVIN SCOTT HANNON** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **5th** day of **April** A. D. **2018**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk