| Attorney or Party without Attorney: THE HANNON LAW FIRM, LLC 1641 DOWNING STREET DENVER, CO 80218 Telephone No: 303-861-8800   FAX No: 303-861-8855 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: 2710 | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT Northern District of California-San Francisco Division | | | | |
| Plaintiff: DEBRA KOOSER AND MARGARET FRANKIEWICZ, ET AL | | | | |
| Defendant: FACEBOOK, INC., CAMBRIDGE ANALYTICA, SCL GROUP, ET AL | | | | |
| **PROOF OF SERVICE** Summons | Hearing Date: | Time: | Dept/Div: | Case Number: 3:18-CV-02009-VC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; CLASS ACTION COMPLAINT ; CIVIL CASE COVER SHEET

3. a. Party served:    FACEBOOK, INC.
   b. Person served:   Becky DeGeorge (Agent for CSC), White, Female, 50 Years Old, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 200 Pounds

4. Address where the party was served:   CSC - Lawyers Incorporating Service
   2710 Gateway Oaks Drive, Suite 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 06, 2018 (2) at: 2:41PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FACEBOOK, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. Steve Aanerud

   Aggressive Legal Services, Inc.
   4110 Truxel Road, Suite 150
   Sacramento, CA 95834
   Phone: (877) 925-7462
   FAX: (916) 455-3200
   www.alsinc.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $75.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2015-59
      (iii) County:             Sacramento
      (iv)  Expiration Date:    Thu, Sep. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Jul. 06, 2018

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   Summons

   (Steve Aanerud)

   halaw.165346

   FILE BY FAX