AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

| | |
|---|---|
| Debra Kooser and Margaret Frankiewicz on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Facebook, Inc., Cambridge Analytica, SCL Group, Limited, and Global Science Research LTD <br><br> *Defendant(s)* | Civil Action No. 18-2009 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Facebook, Inc., 1601 Willow Road, Menlo Park, CA, 94025
Cambridge Analytica, 597 5th Avenue, 7th Floor, New York, NY, 10017
SCL Group, Limited, 1-6 Yarmouth Place, Mayfair, England, UK W1S 4EL
Global Science Research LTD, 6th Floor, 49 Peter St., England, M2 3NG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua H. Watson
Clayeo C. Arnold, APLC
865 Howe Avenue
Sacramento, CA  95825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 04/03/2018

*Signature of Clerk or Deputy Clerk*

AO-440

Civil Action No. 3:18-cv-02009-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* CAMBRIDGE ANALYTICA

was received by me on *(date)* 7/9/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person at the registered agent), who is designated by law to accept service of process on behalf of *(name of organization)* CAMBRIDGE ANALYTICA C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 on *(date)* 7/9/18 AT 3:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/9/18

Server's signature

DENORRIS BRITT   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, CLASS ACTION COMPLAINT & CIVIL COVER SHEET

SWORN TO ON 7/9/18

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020